Office of the United States Trustee
The Western District of Pennsylvania
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
412-644-4756 (Phone)   412-644-4785 (Fax)

| | |
|---|---|
| IN RE: | Chapter 11 |
| Maronda Homes, Inc. of Ohio | Case No. 11-22422-JKF |

**Notice of Formation Meeting For Official Committee of Unsecured Creditors**

The above-named debtor(s) filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Section 1102(b) of the Bankruptcy Code authorizes the United States Trustee to appoint a committee of unsecured creditors and the debtor's petition or other sources of information indicate that you may be eligible for appointment to the Official Committee of Unsecured Creditors in this case.

This is to notify you that the United States Trustee will hold a meeting to form an unsecured creditors' committee on **Thursday, April 28, 2011 at 11:00 A.M.** at the following location:

**Liberty Center, Suite 725
1001 Liberty Avenue
Pittsburgh, PA 15222**

A representative of the debtor is invited to attend the meeting to provide information regarding the status of the case. If you do not wish to serve on an official committee, your presence at the meeting is not required.

If you wish to be considered for membership on the committee but are unable to attend, you should immediately notify the Office of the United States Trustee. If you do not attend the meeting and do not affirmatively indicate your willingness to serve, you will not be considered. If you send an individual to represent you at the meeting, that representative must present your written proxy authorizing him or her to act on your behalf. The Official Committee of Unsecured Creditors performs a vital role in the chapter 11 proceeding, and for that reason your interest and consideration is solicited.

ROBERTA A. DeANGELIS
UNITED STATES TRUSTEE

By:   /s/Joseph M. Fornari, Jr.
      Joseph M. Fornari, Jr.

Dated: April 21, 2011
cc:  Joseph F. McDonough